IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Karb, Steven M

Printed: 1/8/08

Case Number: 06 B 02021
Judge: Hollis, Pamela S
Filed: 3/3/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 19, 2007
Confirmed: May 15, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,230.00 |  |
| Secured: |  | 10,670.13 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 559.87 |
| Other Funds: |  | 0.00 |
| Totals: | 11,230.00 | 11,230.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Dell Financial Services, Inc | Secured | 0.00 | 40.00 |
| 3. | Ford Motor Credit Corporation | Secured | 31,609.61 | 10,630.13 |
| 4. | Internal Revenue Service | Priority | 7,195.15 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 680.00 | 0.00 |
| 6. | Nordstrom | Unsecured | 62.89 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 90.52 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 27.90 | 0.00 |
| 9. | Wells Fargo Financial | Unsecured | 82.15 | 0.00 |
| 10. | Dell Financial Services, Inc | Unsecured | 301.40 | 0.00 |
| 11. | American Express | Unsecured | 804.18 | 0.00 |
| 12. | Capital One | Unsecured | 129.86 | 0.00 |
| 13. | American Express | Unsecured | 601.73 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 1,022.52 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 125.76 | 0.00 |
| 16. | Internal Revenue Service | Priority |  | No Claim Filed |
| 17. | North Suburban Cardiology Group | Unsecured |  | No Claim Filed |
| 18. | First Premier | Unsecured |  | No Claim Filed |
| 19. | Men's Wearhouse | Unsecured |  | No Claim Filed |
| 20. | Norm Karb | Unsecured |  | No Claim Filed |
| 21. | North Shore Medical Group | Unsecured |  | No Claim Filed |
|  |  |  | $ 42,733.67 | $ 10,670.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Karb, Steven M | Case Number:  06 B 02021 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  3/3/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 2.32 |
| 5% | 243.63 |
| 4.8% | 216.72 |
| 5.4% | 97.20 |
| | _____ |
| | $ 559.87 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

